**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000648**
**16-JUL-2021**
**08:45 AM**
**Dkt. 120 ODMR**

NO. CAAP-17-0000648

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MARK FUKUDA, Plaintiff-Appellant, v.
TOYOTARO NAKADA; SONIA NAKADA, also known as SONIA ROSA;
NITTO TSUSHINKI CO., LTD., a Japan Corporation,
formerly Sollen Corporation, Defendants-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10;
DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10;
and DOE GOVERNMENTAL ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-0940-05 (CASE NO. 1CC101000940))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, and Wadsworth and Nakasone, JJ.)

Upon consideration of the motion for reconsideration filed by Plaintiff-Appellant Mark Fukuda (**Fukuda**) on July 7, 2021, the papers in support, and the record, it appears that:

(1) Fukuda moves for reconsideration of our Memorandum Opinion filed on June 30, 2021; and

(2) The motion presents no point of law or fact that we overlooked or misapprehended. See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaiʻi, July 16, 2021.

/s/ Lisa N. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge